IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LEON IRELAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-074 |
| ) | |
| GINO BRANTLEY; CAPTAIN DANIELS; ) | |
| CAPTAIN HARRELL; LIEUTENANT ) | |
| JENKINS; SARGENT STERNS; ) | |
| CORPORAL COWELL; CORPORAL ) | |
| DELAGO; CORPORAL KUNTZ; ) | |
| CORPORAL SEYMORE; CORPORAL ) | |
| ELLISON; DEPUTY THOMAS; DEPUTY ) | |
| SEARS; DEPUTY GIST; DEPUTY ) | |
| BUSBY; DEPUTY BRINSON; DEPUTY ) | |
| MYERS; DEPUTY GILMORE; DEPUTY ) | |
| BLASTINGGAME; DEPUTY GABI; ) | |
| DEPUTY MCDANIELS; DEPUTY ) | |
| PRESCOTT; DEPUTY TRAVIS; DEPUTY ) | |
| MOODY; DEPUTY SMILEY; DEPUTY ) | |
| PERISH; DEPUTY CARLEE; DETRA ) | |
| WILLIS; DOCTOR CROSBY; DOCTOR ) | |
| CARSON; NURSE BAKER; NURSE ) | |
| CLARK; NURSE ROGERS; NURSE ) | |
| MCKAZ; and NURSE PERLEY; ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 23rd day of June, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA